IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LELAND FOSTER | * | Case No. 2:19 cv-10291 |
| | * | |
| Plaintiff | * | |
| | * | Honorable: |
| v. | * | AVERN COHN |
| | * | |
| ADRIAN SUBWAY, INC., a Michigan Corporation for profit, | * | |
| | * | |
| And | * | |
| | * | |
| MAPLE CITY DINER, INC., a Michigan corporation for Profit | * | |
| | * | |
| Defendants | * | |
| | * | |

---

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES AS TO CLAIMS AGAIST ONLY DEFENDANT, ADRIAN SUBWAY, INC.

This matter having come before the Court upon the stipulation of Defendant, Adrian Subway, Inc., and the Court being fully advised in the premises and finding this party's intentions to be just and equitable,

**IT IS HEREBY ORDERED** that all claims against **Defendant, Adrian Subway, Inc.,** be and the same hereby are dismissed with prejudice and without costs as to either party.

**THIS ORDER DOES NOT RESOLVE THE LAST PENDING CLAIM AND DOES NOT CLOSE THE CASE.**

s/**Avern Cohn**
United States District Judge

Dated: 5/17/2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 7, 2019, by email.

/s/ Paul S. Koczkur

Attorney for Defendant, Adrian Subway, Inc.

**So stipulated:**

By:   /s/ Owen B. Dunn, Jr. (P66315)
**LAW OFFICES OF OWEN DUNN, JR.**
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
419.241.9661 / F: 419.241.9737
dunnlawoffice@sbccglobal.net
Attorney for Plaintiff

By:   /s/ Paul S. Koczkur (P30067)
**LUPO & KOCZKUR, P.C**
17000 Kercheval Avenue, Suite 200
Grosse Pointe, Michigan 48230
586.532.5000 / F: 586.532.5001
paulkoczkur@lupokoczkur.com
mail@lupokoczkur.com
Attorney for Defendant, Adrian Subway, Inc.