UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

        Plaintiff(s),                      Case No. 19-10291

v.                                                Honorable Avern Cohn

MAPLE CITY DINER, ET. AL.,

        Defendant(s).
_____/

## ORDER TO SHOW CAUSE

        IT IS ORDERED that    LELAND FOSTER    SHOW CAUSE, in writing, by   6/12/2019  , why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich. LR 41.2. Failure to respond may result in dismissal of the case.

Date: May 29, 2019                            s/Avern Cohn
                                                           Avern Cohn
                                                           U.S. District Judge

## Certificate of Service

        I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                            S/Marie Verlinde
                                                            Deputy Clerk