UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

    Plaintiff(s),                 CASE NUMBER: 19-10291

v.                                       HONORABLE AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

MAPLE CITY DINER, ET. AL.,

    Defendant(s).
                                  /

## ORDER DISMISSING ORDER TO SHOW CAUSE

      The Court having issued an Order to Show Cause on May 29, 2019 as to why the above case should not be dismissed for lack of progress and the Court having received a response from counsel agreeing to close the case the Court hereby dismisses its own Order to Show Cause and dismisses the case.

      SO ORDERED.

Dated: June 21, 2019                  s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE